| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Derik N. Lewis 219981**<br>**120 Vantis Dr Suite 300**<br>**Aliso Viejo, CA 92656**<br>**949-216-0935 Fax: 949-296-0935**<br>State Bar Number:**219981 CA**<br>**info@vantislaw.com**<br><br>☐ *Debtor appearing without an attorney*<br>☒ *Attorney for Debtor* | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>**Collin Gibellino** | CASE NUMBER: **8:19-bk-12960-CB**<br><br>CHAPTER __7__ |
|---|---|
| | **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)** |
| Debtor(s). | [No hearing required unless requested under LBR 9013-1(o)] |

**Creditor Name:** LADERA RANCH MAINTENANCE CORPORATION

**TO THE CREDITOR, ATTORNEY FOR CREDITOR AND OTHER INTERESTED PARTIES:**

1. **NOTICE IS HEREBY GIVEN** that Debtor moves this court for an order, pursuant to LBR 9013-1(o) upon notice of opportunity to request a hearing (i.e., without a hearing unless requested), avoiding a lien on the grounds set forth below.

2. **Deadline for Opposition Papers:**
   Pursuant to LBR 9013-1(o), any party opposing the motion may file and serve a written opposition and request a hearing on this motion. If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in Federal Rules of Civil Procedure 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

3. **Type of Case:**
   a. ☒ A voluntary petition under Chapter ☒ 7  ☐ 11  ☐ 12  ☐ 13 was filed on: **July 30, 2019**
   b. ☐ An involuntary petition under Chapter ☐ 7  ☐ 11 was filed on: _____
      ☐ An order of relief under Chapter ☐ 7  ☐ 11 was entered on: _____
   c. ☐ An order of conversion to Chapter ☐ 7  ☐ 11  ☐ 12  ☐ 13 was entered on: _____
   d. ☐ Other: _____

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                   Page 1                            **F 4003-2.1.AVOID.LIEN.RP.MOTION**

4. **Procedural Status:**
   a. ☒ Name of trustee appointed *(if any)*: **Thomas H Casey**
   b. ☐ Name of Attorney of Record for Trustee *(if any)*:

5. Debtor claims an exemption in the subject real property under:
   a. ☐ California Code of Civil Procedure § __ (Homestead): Exemption amount claimed on schedules: $__
   b. ☒ California Code of Civil Procedure § **703.140** Exemption amount claimed on schedules: $ **1.00**
   c. ☐ Other statute *(specify)*:

6. Debtor's entitlement to an exemption is impaired by judicial lien, the details of of the lien are as follows:
   a. Date of entry of judgment *(specify)*: **December 3, 2018**
   b. Case name *(specify)*: **Ladera Ranch Maintenance Corporation v. Collin Gibellino; Lauren Anderson**
   c. Name of court: **Orange County Superior Court**
   d. Docket number *(specify)*: **30-2018-00991851-CL-CL-CJC**
   e. Date *(specify)*: **February 9, 2017; January 24, 2019; May 30, 2019** and place *(specify)* **Official Records, Orange County**
      of recordation of lien
   f. Recorder's instrument number *(specify)*: **2017000058851; 2019000023095; 2019000183839**

7. The property claimed to be exempt is as follows:
   a. Street address, city, county and state, where located, *(specify)*: **8 Snapdragon St, Ladera Ranch, California 92694**

   b. Legal description *(specify)*: **Real property in the unincorporated area of the County of Orange, State of California, described as follows:**

      **PARCEL NO. 1**

      **LOT 66 OF TRACT NO. 16105, AS SHOWN ON A SUBDIVISION MAP ("MAP") FILED ON OCTOBER 22, 2001, IN BOOK 823, AT PAGES 18 TO 26, INCLUSIVE, OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE ORANGE COUNTY RECORDER.**

      **EXCEPTING FROM THE PROPERTY, ALL OIL, OIL RIGHTS, MINERALS, MINERALS RIGHTS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, GEOTHERMAL STEAM, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE PROPERTY, TOGETHER WITH PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFOR, AND STORING IN AND REMOVING THE SAME FROM SAID PROPERTY OR ANY OTHER LAND, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THE PROPERTY, OIL OR GAS WELLS, TUNNELS AND SHAFT INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE PROPERTY, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES, WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE AND OPERATE THROUGH THE SURFACE OR THE UPPER FIVE HUNDRED (500) FEET OF THE SUBSURFACE OF THE PROPERTY, AS RESERVED BY LADERA DEVELOPMENT COMPANY, L.L.C. IN THE DEED RECORDED DECEMBER 10, 1996 AS INSTRUMENT NO. 19960624029, OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA ("OFFICIAL RECORDS").**

      **ALSO EXCEPTING FROM THE PROPERTY, ANY AND ALL WATER, WATER RIGHTS OR INTERESTS THEREIN APPURTENANT OR RELATING TO THE PROPERTY OR OWNED OR USED BY LADERA DEVELOPMENT COMPANY, L.L.C. IN CONNECTION WITH OR WITH RESPECT TO THE PROPERTY (NO MATTER HOW ACQUIRED BY LADERA DEVELOPMENT COMPANY, L.L.C.), WHETHER SUCH WATER RIGHTS SHALL BE RIPARIAN, OVERLYING, APPROPRIATIVE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED, STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REDRILL, REMOVE AND STORE THE SAME FROM OR IN THE PROPERTY OR TO DIVERT OR OTHERWISE UTILIZE SUCH**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                Page 2                **F 4003-2.1.AVOID.LIEN.RP.MOTION**

WATER, RIGHTS OR INTEREST ON ANY OTHER PROPERTY OWNED OR LEASED BY LADERA DEVELOPMENT COMPANY, L.L.C.; BUT WITHOUT HOWEVER, ANY RIGHT TO ENTER UPON THE SURFACE OF THE PROPERTY OR THE UPPER ONE HUNDRED (100) FEET OF THE SUBSURFACE OF THE PROPERTY IN THE EXERCISE OF SUCH RIGHTS IN ANY AREA THAT MAY BE DEVELOPED UNDER GOVERNMENTAL LAWS, ORDINANCES OR REGULATIONS, AS RESERVED BY LADERA DEVELOPMENT COMPANY, L.L.C., IN THE DEED RECORDED DECEMBER 10, 1996 AS INSTRUMENT NO. 19960624029 OF OFFICIAL RECORDS.

PARCEL NO. 2

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE AND ENJOYMENT, DRAINAGE, ENCROACHMENT, MAINTENANCE AND REPAIRS, ALL AS DESCRIBED IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR LADERA RANCH ("MASTER DECLARATION"), RECORDED JUNE 18, 1999 AS INSTRUMENT NO. 19990456273, AND THE SUPPLEMENTAL MASTER DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR PHASE 5 OF SAVANNAH, RECORDED MAY 13, 2002 AS INSTRUMENT NO. 20020398478, AND AMENDED BY THE FIRST AMENDMENT TO SUPPLEMENTAL MASTER DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR PHASE 5 OF SAVANNAH, RECORDED JULY 18, 2002 AS INSTRUMENT NO. 20020598706 (COLLECTIVELY THE "SUPPLEMENTAL DECLARATION"), OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA, AND THE MAP.

PARCEL NO. 3

A SIDEYARD EASEMENTS AS APPLICABLE, FOR SIDEYARD PURPOSES OVER A PORTION OF THE LOT ADJOINING AND ABUTTING THE PROPERTY AS SHOWN AND DESCRIBED IN THE SUPPLEMENTAL DECLARATION, SUBJECT TO THE USE RESTRICTIONS SET FORTH IN THE SUPPLEMENTAL DECLARATION.

APN: 759-591-04

☐ See attached page

8. Debtor acquired the property claimed exempt on the following date *(specify)*:  **September 20, 2016**

9. Debtor alleges that the fair market value of the property claimed exempt is: $ **580,000.00**

10. The subject property is encumbered with the following liens (*list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this motion*):

| Name of Lien Holder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| Caliber Home Loans, Inc. | ☐ | September 22, 2016 | $578,500.00 | $672,564.05 | April 30, 2018 |
| Citibank (South Dakota) N.A. | ☐ | July 13, 2010 | $3,221.00 | $3,221.00 | July 13, 2010 |
| Ladera Ranch Maintenance Corporation | ☒ | February 9, 2017 | $1,126.12 | $1,126.12 | February 9, 2017 |
| United States of America | ☐ | December 6, 2018 | $75,545.10 | $75,545.10 | December 6, 2018 |
| Ladera Ranch Maintenance Corp. | ☒ | January 24, 2019 | $15,753.41 | $15,753.41 | January 24, 2019 |
| Ladera Ranch Maintenance Corporation | ☒ | May 30, 2019 | $16,197.29 | $16,197.29 | May 30, 2019 |
| Alexander & Veronica Z c/o County of Orange | ☐ | April 22, 2019 | $2,604.39 | $2,604.39 | April 22, 2019 |
| Felicia M c/o County of Orange | ☐ | April 22, 2019 | $1,870.00 | $1,870.00 | April 22, 2019 |
| Melissa H c/o County of Orange | ☐ | April 22, 2019 | $323.23 | $323.23 | April 22, 2019 |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 3    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

| Shelly M c/o County of Orange | ☐ | April 22, 2019 | $146.00 | $146.00 | April 22, 2019 |

11. Debtor attaches copies of the following documents in support of the motion (as appropriate):
    a. ☒ Schedule C to bankruptcy petition listing all exemptions claimed by Debtor **Attached hereto as Exhibit 18 to Declaration of Collin Gibellino**
    b. ☒ Appraisal of the property **Attached hereto as Exhibit 17 to Declaration of Collin Gibellino; Attached hereto as Exhibit 1 to Declaration of Thomas Fairbanks**
    c. ☒ Documents showing current balance due as to the liens specified in paragraph 11 above **Attached hereto as Exhibits 6 through 16 to Declaration of Collin Gibellino**
    d. ☒ Recorded Abstract of Judgment **Attached hereto as Exhibit 4 to Declaration of Collin Gibellino**
    e. ☐ Recorded Declaration of Homestead (Homestead Exemption)
    f. ☒ Declaration(s) **Declaration of Collin Gibellino; Declaration of Thomas Fairbanks**
    g. ☒ Other *(specify)*:   **Memorandum of Points and Authorities**

12. Total number of attached pages of supporting documentation: **219**

13. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct [28 U.S.C. § 1746(1) and (2)].

WHEREFORE, Debtor requests that this court issue an order avoiding Creditor's lien in the form of the Attachment to this motion.

Executed on (date): **November 30, 2019**

_____
Signature of Debtor

**Collin Gibellino**
Printed name of Debtor

Date: **November 30, 2019**

**/s/ Derik N. Lewis**
Signature of Attorney for Debtor

**Derik N. Lewis 219981**
Printed name of Attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 4    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

# ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

**1.    Creditor Lienholder/Servicer:**   LADERA RANCH MAINTENANCE CORPORATION   .

**2.    Subject Lien:** Date and place of recordation of lien (*specify*):   **February 9, 2017; January 24, 2019; May 30, 2019**   . Recorders instrument number or document recording number:   **2017000058851; 2019000023095; 2019000183839**   

**3.    Collateral:** Street address, city, county and state, where located, legal description and/or map/book/page number, including county of recording:   **8 Snapdragon St, Ladera Ranch, California 92694**   . ☐ See attached page.

Real property in the unincorporated area of the County of Orange, State of California, described as follows:

**PARCEL NO. 1**

**LOT 66 OF TRACT NO. 16105, AS SHOWN ON A SUBDIVISION MAP ("MAP") FILED ON OCTOBER 22, 2001, IN BOOK 823, AT PAGES 18 TO 26, INCLUSIVE, OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE ORANGE COUNTY RECORDER.**

**EXCEPTING FROM THE PROPERTY, ALL OIL, OIL RIGHTS, MINERALS, MINERALS RIGHTS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, GEOTHERMAL STEAM, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE PROPERTY, TOGETHER WITH PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFOR, AND STORING IN AND REMOVING THE SAME FROM SAID PROPERTY OR ANY OTHER LAND, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THE PROPERTY, OIL OR GAS WELLS, TUNNELS AND SHAFT INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE PROPERTY, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES, WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE AND OPERATE THROUGH THE SURFACE OR THE UPPER FIVE HUNDRED (500) FEET OF THE SUBSURFACE OF THE PROPERTY, AS RESERVED BY LADERA DEVELOPMENT COMPANY, L.L.C. IN THE DEED RECORDED DECEMBER 10, 1996 AS INSTRUMENT NO. 19960624029, OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA ("OFFICIAL RECORDS").**

**ALSO EXCEPTING FROM THE PROPERTY, ANY AND ALL WATER, WATER RIGHTS OR INTERESTS THEREIN APPURTENANT OR RELATING TO THE PROPERTY OR OWNED OR USED BY LADERA DEVELOPMENT COMPANY, L.L.C. IN CONNECTION WITH OR WITH RESPECT TO THE PROPERTY (NO MATTER HOW ACQUIRED BY LADERA DEVELOPMENT COMPANY, L.L.C.), WHETHER SUCH WATER RIGHTS SHALL BE RIPARIAN, OVERLYING, APPROPRIATIVE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED, STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REDRILL, REMOVE AND STORE THE SAME FROM OR IN THE PROPERTY OR TO DIVERT OR OTHERWISE UTILIZE SUCH WATER, RIGHTS OR INTEREST ON ANY OTHER PROPERTY OWNED OR LEASED BY LADERA DEVELOPMENT COMPANY, L.L.C.; BUT WITHOUT HOWEVER, ANY RIGHT TO ENTER UPON THE SURFACE OF THE PROPERTY OR THE UPPER ONE HUNDRED (100) FEET OF THE SUBSURFACE OF THE PROPERTY IN THE EXERCISE OF SUCH RIGHTS IN ANY AREA THAT MAY BE DEVELOPED UNDER GOVERNMENTAL LAWS, ORDINANCES OR REGULATIONS, AS RESERVED BY LADERA DEVELOPMENT COMPANY, L.L.C., IN THE DEED RECORDED DECEMBER 10, 1996 AS INSTRUMENT NO. 19960624029 OF OFFICIAL RECORDS.**

**PARCEL NO. 2**

**NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE AND ENJOYMENT, DRAINAGE, ENCROACHMENT, MAINTENANCE AND REPAIRS, ALL AS DESCRIBED IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR LADERA RANCH ("MASTER DECLARATION"), RECORDED JUNE 18, 1999 AS INSTRUMENT NO. 19990456273, AND THE SUPPLEMENTAL MASTER DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR PHASE 5 OF SAVANNAH, RECORDED MAY 13, 2002 AS INSTRUMENT NO. 20020398478, AND AMENDED BY THE FIRST AMENDMENT TO SUPPLEMENTAL MASTER DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR PHASE 5 OF SAVANNAH, RECORDED JULY 18, 2002 AS INSTRUMENT NO. 20020598706 (COLLECTIVELY THE "SUPPLEMENTAL DECLARATION"), OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA, AND THE MAP.**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 5    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

**PARCEL NO. 3**

**A SIDEYARD EASEMENTS AS APPLICABLE, FOR SIDEYARD PURPOSES OVER A PORTION OF THE LOT ADJOINING AND ABUTTING THE PROPERTY AS SHOWN AND DESCRIBED IN THE SUPPLEMENTAL DECLARATION, SUBJECT TO THE USE RESTRICTIONS SET FORTH IN THE SUPPLEMENTAL DECLARATION.**

**APN: 759-591-04**

4. **Secured Claim Amount**
   a. Value of Collateral:................................................................................ $**580,000.00**
   b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
      (1) First lien: ................................................................. ($**672,564.05**)
      (2) Second lien: ............................................................ ($_____)
      (3) Third lien: ............................................................... ($_____)
      (4) Additional senior liens (*attach list*): ........................... ($_____)
   c. Amount of Debtor's exemption(s): ......................................... ($**1.00**)
   d. Subtotal: ................................................................................ ($**672,565.05**)
   e. Secured Claim Amount (negative results should be listed as -$0-): .............. $-**0.00**-

   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:** Debtor's request to avoid the Subject Lien is granted as follows. The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b). The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations). The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                            Page 6                                  **F 4003-2.1.AVOID.LIEN.RP.MOTION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**120 Vantis Dr Suite 300**
**Aliso Viejo, CA 92656**

A true and correct copy of the foregoing document entitled (*specify*):   **Debtors Notice of Motion and Motion to Avoid Lien under 11 U.S.C. § 522(f) (Real Property)**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On   **November 30, 2019**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Thomas H Casey (TR) (msilva@tomcaseylaw.com, thc@trustesolutions.net)**
- **Christina J Khil on behalf of Creditor CALIBER HOME LOANS, INC. (christinao@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com)**
- **Derik N Lewis on behalf of Debtor Collin Gibellino (dlewis@vantislaw.com, esieg@vantislaw.com, vantislaw@ecf.courtdrive.com; lewisdr84665@notify.bestcase.com)**
- **Sabari Mukherjee on behalf of Interested Party Courtesy NEF (notices@becket-lee.com)**
- **Valerie Smith on behalf of Interested Party Courtesy NEF (claims@recoverycorp.com)**
- **Jeffrey Speights on behalf of Attorney Ladera Ranch Maintenance Corp. (jeffs@attorneyforhoa.com, jeffreyspeights@gmail.com)**
- **United States Trustee (SA) (ustpregion16.sa.ecf@usdoj.gov)**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On   **November 30, 2019**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **November 30, 2019** | Eva J. Sieg | /s/ Eva J. Sieg |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                           Page 7                    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

**SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| Party | Address from | Delivery Method |
|---|---|---|
| 1st lienholder *(name and address)*<br><br>Caliber Home Loans, Inc.<br>Attn: Sanjiv Das, CEO<br>1525 South Belt Line Road<br>Coppell, TX 75019 | Address from:<br>☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ United States mail<br>☐ Certified mail - Tracking#_____<br>☐ Overnight mail - Tracking#_____<br>Carrier Name:_____ |
| 1st lienholder *(name)* and Agent for Service of Process *(name and address)*<br><br>Caliber Home Loans, Inc.<br>c/o CT Corporation Sysem<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | Address from:<br>☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ United States mail<br>☐ Certified mail - Tracking#_____<br>☐ Overnight mail - Tracking#_____<br>Carrier Name:_____ |
| 1st lienholder *(name)* and Servicing Agent *(name and address)* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ United States mail<br>☐ Certified mail - Tracking#_____<br>☐ Overnight mail - Tracking#_____<br>Carrier Name:_____ |
| 2nd lienholder *(name and address)* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ United States mail<br>☐ Certified mail - Tracking#_____<br>☐ Overnight mail - Tracking#_____<br>Carrier Name:_____ |
| 2nd lienholder *(name)* and Agent for Service of Process *(name and address)* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ United States mail<br>☐ Certified mail - Tracking#_____<br>☐ Overnight mail - Tracking#_____<br>Carrier Name:_____ |
| 2nd lienholder *(name)* and Servicing Agent *(name and address)* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ United States mail<br>☐ Certified mail - Tracking#_____<br>☐ Overnight mail - Tracking#_____<br>Carrier Name:_____ |
| 3rd lienholder *(name and address)* | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ United States mail<br>☐ Certified mail - Tracking#_____<br>☐ Overnight mail - Tracking#_____<br>Carrier Name:_____ |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 8    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

| | | |
|---|---|---|
| 3rd lienholder (*name*) and Agent for Service of Process *(name and address)* | Address from:<br>☐ Proof of Claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ United States mail<br>☐ Certified mail - Tracking#_____<br>☐ Overnight mail - Tracking#_____<br>Carrier Name:_____ |
| 3rd lienholder (*name*) and Servicing Agent *(name and address)* | Address from:<br>☐ Proof of Claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ United States mail<br>☐ Certified mail - Tracking#_____<br>☐ Overnight mail - Tracking#_____<br>Carrier Name:_____ |
| Alternative/additional address *(name and address)* | Address from:<br>☐ Proof of Claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |
| Alternative/additional address *(name and address)* | Address from:<br>☐ Proof of Claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                        Page 9                                        **F 4003-2.1.AVOID.LIEN.RP.MOTION**

**SERVICE LIST**

**DEBTOR VIA REGULAR MAIL**
Collin Gibellino
8 Snapdragon
Ladera Ranch, CA 92694

**JUDGE'S COPY VIA US MAIL**
The Honorable Catherine E. Bauer
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5165 / Courtroom 5D
Santa Ana, CA 92701-4593

**CREDITOR VIA U.S. MAIL**
Ladera Ranch Maintenance Corp
Attn: Joe W Ribotto, CEO
15241 Laguna Canyon Road
Irvine, CA 92618

**CREDITOR VIA U.S. MAIL TO AGENT FOR SERVICE OF PROCESS**
Ladera Ranch Maintenance Corp
c/o FirstService Agent Corporation
15241 Laguna Canyon Road
Irvine, CA 92618

**CREDITOR VIA CERTIFIED MAIL**
Citibank (South Dakota) N.A.
Attn: Barbara J. Desoer, CEO
701 East 60th Street North
Sioux Falls, SD, 57104-0493

**CREDITOR VIA U.S. MAIL**
Alexander & Veronica Z
c/o County of Orange – Accounting Unit
P.O. Box 10260
Santa Ana, CA 92711

**CREDITOR VIA U.S. MAIL**
Felicia M
c/o County of Orange – Accounting Unit
P.O. Box 10260
Santa Ana, CA 92711

**CREDITOR VIA U.S. MAIL**
Melissa H
c/o County of Orange – Accounting Unit
P.O. Box 10260
Santa Ana, CA 92711

**CREDITOR VIA U.S. MAIL**
Shelly M
c/o County of Orange – Accounting Unit
P.O. Box 10260
Santa Ana, CA 92711

**CREDITOR VIA U.S. MAIL**
Orange County Probation Department
1055 N. Main Street
Santa Ana, CA 92701

**CREDITOR VIA U.S. MAIL**
County of Orange
Orange County Executive Office
Attn: Frank Kim, CEO
333 W Santa Ana Blvd
Santa Ana, CA 92701

**CREDITOR VIA CERTIFIED MAIL**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**CREDITOR (IRS) VIA CERTIFIED MAIL TO CIVIL PROCESS CLERK**
Civil Process Clerk
United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

**CREDITOR (IRS) VIA US MAIL TO THE ATTORNEY GENERAL OF THE UNITED STATES**
Office of the Attorney General of the United States
United States Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, DC 20044

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 10    **F 4003-2.1.AVOID.LIEN.RP.MOTION**