| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Derik N. Lewis**<br>**VANTIS LAW FIRM, APC**<br>**120 Vantis Drive, Suite 300**<br>**Aliso Viejo, CA 92656**<br>**(949) 216-0935 Fax: (949) 296-0935**<br>State Bar Number: **219981**<br>**info@vantislaw.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* **Collin Gibellino** | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Collin Gibellino**<br><br><br><br><br><br>Debtor(s). | CASE NO.: **8:19-bk-12960-CB**<br>CHAPTER: **7**<br><br>**NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**<br><br>**[LBR 9013-1(p) or (q)]**<br><br>[No hearing required] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s)   **COLLIN GIBELLINO**  , filed a motion or application (motion) entitled   **MOTION TO AVOID LIEN (OF ALEXANDER & VERONICA Z C/O COUNTY OF ORANGE) UNDER 11 U.S.C. SECTION 522(f) (REAL PROPERTY)**  .

2. Movant(s) requests that the court grant the motion without a hearing as provided for in:
   ☒ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR   **LBR 9013-1(o)**  ; or
   ☐ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3. The motion is based upon the legal and factual grounds set forth in the motion. *(Check appropriate box below):*

   ☒ The full motion is attached to this notice; or

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                   Page 1                               **F 9013-1.2.NO.HEARING.NOTICE**

☐ The full motion has been filed with the court as docket entry #____, and a detailed description of the relief sought is attached hereto

4. Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing,.

Date: **December 22, 2019**

Respectfully submitted,

**/s/ Derik N. Lewis**
Signature of Movant or attorney for Movant

**Derik N. Lewis**
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 9013-1.2.NO.HEARING.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**120 Vantis Drive, Suite 300**
**Aliso Viejo, CA 92656**

A true and correct copy of the foregoing document entitled (*specify*):   **Notice of Motion for Order without Hearing Pursuant to LBR 9013-1(o)**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)   **December 22, 2019**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*)   **December 22, 2019**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **December 22, 2019** | Eva J. Sieg | /s/ Eva J. Sieg |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    F 9013-1.2.NO.HEARING.NOTICE

**SERVICE LIST**

**VIA NOTICE OF ELECTRONIC FILING (NEF)**
- **Thomas H Casey (TR) (msilva@tomcaseylaw.com, thc@trustesolutions.net)**
- **Christina J Khil on behalf of Creditor CALIBER HOME LOANS, INC. (christinao@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com)**
- **Derik N Lewis on behalf of Debtor Collin Gibellino (dlewis@vantislaw.com, esieg@vantislaw.com, vantislaw@ecf.courtdrive.com; lewisdr84665@notify.bestcase.com)**
- **Sabari Mukherjee on behalf of Interested Party Courtesy NEF (notices@becket-lee.com)**
- **Valerie Smith on behalf of Interested Party Courtesy NEF (claims@recoverycorp.com)**
- **Jeffrey Speights on behalf of Attorney Ladera Ranch Maintenance Corp. (jeffs@attorneyforhoa.com, jeffreyspeights@gmail.com)**
- **United States Trustee (SA) (ustpregion16.sa.ecf@usdoj.gov)**

**DEBTOR VIA REGULAR MAIL**
**Collin Gibellino**
**8 Snapdragon**
**Ladera Ranch, CA 92694**

**JUDGE'S COPY VIA US MAIL**
**The Honorable Catherine E. Bauer**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5165 / Courtroom 5D**
**Santa Ana, CA 92701-4593**

**CREDITOR VIA U.S. MAIL**
**Ladera Ranch Maintenance Corp**
**Attn: Joe W Ribotto, CEO**
**15241 Laguna Canyon Road**
**Irvine, CA 92618**

**CREDITOR VIA U.S. MAIL TO AGENT FOR SERVICE OF PROCESS**
**Ladera Ranch Maintenance Corp**
**c/o FirstService Agent Corporation**
**15241 Laguna Canyon Road**
**Irvine, CA 92618**

**CREDITOR VIA CERTIFIED MAIL**
**Citibank (South Dakota) N.A.**
**Attn: Barbara J. Desoer, CEO**
**701 East 60th Street North**
**Sioux Falls, SD, 57104-0493**

**CREDITOR VIA U.S. MAIL**
**Alexander & Veronica Z**
**c/o County of Orange – Accounting Unit**
**P.O. Box 10260**
**Santa Ana, CA 92711**

**CREDITOR VIA U.S. MAIL**
**Felicia M**
**c/o County of Orange – Accounting Unit**
**P.O. Box 10260**
**Santa Ana, CA 92711**

**CREDITOR VIA U.S. MAIL**
**Melissa H**
**c/o County of Orange – Accounting Unit**
**P.O. Box 10260**
**Santa Ana, CA 92711**

**CREDITOR VIA U.S. MAIL**
**Shelly M**
**c/o County of Orange – Accounting Unit**
**P.O. Box 10260**
**Santa Ana, CA 92711**

**CREDITOR VIA U.S. MAIL**
**Orange County Probation Department**
**1055 N. Main Street**
**Santa Ana, CA 92701**

**CREDITOR VIA U.S. MAIL**
**County of Orange**
**Orange County Executive Office**
**Attn: Frank Kim, CEO**
**333 W Santa Ana Blvd**
**Santa Ana, CA 92701**

**CREDITOR VIA CERTIFIED MAIL**
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**CREDITOR (IRS) VIA CERTIFIED MAIL TO CIVIL PROCESS CLERK**
**Civil Process Clerk**
**United States Attorney's Office**
**Federal Building, Room 7516**
**300 North Los Angeles Street**
**Los Angeles, CA 90012**

**CREDITOR (IRS) VIA US MAIL TO THE ATTORNEY GENERAL OF THE UNITED STATES**
**Office of the Attorney General of the United States**
**United States Department of Justice**
**Ben Franklin Station**
**P. O. Box 683**
**Washington, DC 20044**

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 4                                    **F 9013-1.2.NO.HEARING.NOTICE**