# UNITED STATES BANKRUPTCY COURT
## Central District of California - Santa Ana
### 411 West Fourth St., Ste. # 2074, Santa Ana, CA 92701-4593

| In re:<br><br>COLLIN GIBELLINO<br><br>**Debtor(s)** | Case No.: 8:19-bk-12960- CB<br>Chapter 7<br><br>**NOTICE OF HEARING** |
|---|---|

**NOTICE IS GIVEN** that a hearing has been set on the following matter:

**Debtor's Notice of Motion and Motion to Compel Abandonment of Property by Trustee, Docket entry #33.**

The hearing will be held on **January 28, 2020 @ 2:30 p.m.**, before the Honorable Catherine Bauer, Bankruptcy Judge, at Ronald Reagan Federal Bldg., 411 W Fourth St., Courtroom 5D, Santa Ana, CA 92701.

Dated: December 30, 2019

KATHLEEN J. CAMPBELL, CLERK OF COURT

By: _/s/ Audrey McCall_
Deputy Clerk