| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Derik N. Lewis 219981**<br>**VANTIS LAW FIRM, APC**<br>**120 Vantis Dr Suite 300**<br>**Aliso Viejo, CA 92656**<br>**949-216-0935 Fax: 949-296-0935**<br>**info@vantislaw.com**<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for* **Collin Gibellino** | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION** ||
| In re:<br><br>Collin Gibellino<br><br><br><br><br>Debtor(s) | CASE NUMBER: **8:19-bk-12960-CB**<br>CHAPTER: **7**<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>Motion to Avoid Lien |

PLEASE TAKE NOTE that the order titled ORDER GRANTING DEBTOR'S MOTION TO AVOID LIEN was lodged on January 30, 2020 and is attached. This order relates to the motion which is docket number 40.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**Derik N. Lewis 219981**<br>**VANTIS LAW FIRM, APC**<br>**120 Vantis Dr Suite 300**<br>**Aliso Viejo, CA 92656**<br>**949-216-0935 Fax: 949-296-0935**<br>**info@vantislaw.com**<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for* **Collin Gibellino** | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Collin Gibellino**<br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: **8:19-bk-12960-CB**<br>CHAPTER: **7**<br><br>**ORDER ☒ GRANTING ☐ DENYING DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☐ No hearing held<br>☒ Hearing held<br><br>DATE: 1/28/2020<br>TIME: 2:30 PM<br>COURTROOM: 5D<br>PLACE: 411 W Fourth St., Santa Ana CA 92701: |
|---|---|

**Creditor Holding Lien to be Avoided** (name): **LADERA RANCH MAINTENANCE CORPORATION**

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt. The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

   a. ☒ There was no opposition and request for hearing.

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                                                                         Page 1                                                                                         **F 4003-**
**2.1.AVOID.LIEN.RP.ORDER**

    b. ☐ Hearing requested and held as indicated in the caption.

3. ☒ Motion granted as set forth in the **Attachment** to this order.

4. ☐ Motion denied on the following grounds:    ☐ with prejudice    ☐ without prejudice

    a. ☐ Insufficient notice
    b. ☐ Insufficient evidence of the exempt status of the property in question
    c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).
    d. ☐ Insufficient evidence of fair market value.
    e. ☐ Motion is incomplete.
    f. ☐ Other (*specify*): _____

5. ☐ The court further orders as follows (*specify*):

    ☐ See Attached Page

###

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                        Page 2                                        **F 4003-**
**2.1.AVOID.LIEN.RP.ORDER**

# ATTACHMENT TO MOTION/ORDER
## (11 U.S.C. § 522(f): AVOIDANCE OF REAL PROPERTY JUDICIAL LIENS)

This court makes the following findings of fact and conclusions of law:

1. **Creditor Lienholder/Servicer:** **LADERA RANCH MAINTENANCE CORPORATION**

2. **Subject Lien:** Date (*specify*): **February 9, 2017; January 24, 2019; May 30, 2019** and place (*specify*): **County of Orange, State of California** of recordation of lien; Recorder's instrument number or document recording number: **2017000058851; 2019000023095; 2019000183839, respectively**.

3. **Collateral:** Street address, legal description and/or map/book/page number, including county of recording: **8 Snapdragon St, Ladera Ranch, California 92694**. ☐ See attached page.

   **Real property in the unincorporated area of the County of Orange, State of California, described as follows:**

   **PARCEL NO. 1**

   **LOT 66 OF TRACT NO. 16105, AS SHOWN ON A SUBDIVISION MAP ("MAP") FILED ON OCTOBER 22, 2001, IN BOOK 823, AT PAGES 18 TO 26, INCLUSIVE, OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE ORANGE COUNTY RECORDER.**

   **EXCEPTING FROM THE PROPERTY, ALL OIL, OIL RIGHTS, MINERALS, MINERALS RIGHTS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, GEOTHERMAL STEAM, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE PROPERTY, TOGETHER WITH PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFOR, AND STORING IN AND REMOVING THE SAME FROM SAID PROPERTY OR ANY OTHER LAND, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THE PROPERTY, OIL OR GAS WELLS, TUNNELS AND SHAFT INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE PROPERTY, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES, WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE AND OPERATE THROUGH THE SURFACE OR THE UPPER FIVE HUNDRED (500) FEET OF THE SUBSURFACE OF THE PROPERTY, AS RESERVED BY LADERA DEVELOPMENT COMPANY, L.L.C. IN THE DEED RECORDED DECEMBER 10, 1996 AS INSTRUMENT NO. 19960624029, OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA ("OFFICIAL RECORDS").**

   **ALSO EXCEPTING FROM THE PROPERTY, ANY AND ALL WATER, WATER RIGHTS OR INTERESTS THEREIN APPURTENANT OR RELATING TO THE PROPERTY OR OWNED OR USED BY LADERA DEVELOPMENT COMPANY, L.L.C. IN CONNECTION WITH OR WITH RESPECT TO THE PROPERTY (NO MATTER HOW ACQUIRED BY LADERA DEVELOPMENT COMPANY, L.L.C.), WHETHER SUCH WATER RIGHTS SHALL BE RIPARIAN, OVERLYING, APPROPRIATIVE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED, STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REDRILL, REMOVE AND STORE THE SAME FROM OR IN THE PROPERTY OR TO DIVERT OR OTHERWISE UTILIZE SUCH WATER, RIGHTS OR INTEREST ON ANY OTHER PROPERTY OWNED OR LEASED BY LADERA DEVELOPMENT COMPANY, L.L.C.; BUT WITHOUT HOWEVER, ANY RIGHT TO ENTER UPON THE SURFACE OF THE PROPERTY OR THE UPPER ONE HUNDRED (100) FEET OF THE SUBSURFACE OF THE PROPERTY IN THE EXERCISE OF SUCH RIGHTS IN ANY AREA THAT MAY BE DEVELOPED UNDER GOVERNMENTAL LAWS, ORDINANCES OR REGULATIONS, AS RESERVED BY LADERA DEVELOPMENT COMPANY, L.L.C., IN THE DEED RECORDED DECEMBER 10, 1996 AS INSTRUMENT NO. 19960624029 OF OFFICIAL RECORDS.**

   **PARCEL NO. 2**

   **NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, USE AND ENJOYMENT, DRAINAGE, ENCROACHMENT, MAINTENANCE AND REPAIRS, ALL AS DESCRIBED IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR LADERA RANCH ("MASTER DECLARATION"), RECORDED JUNE 18, 1999 AS INSTRUMENT NO. 19990456273, AND THE SUPPLEMENTAL MASTER DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR PHASE 5 OF SAVANNAH, RECORDED MAY 13, 2002 AS INSTRUMENT NO. 20020398478, AND AMENDED BY THE FIRST AMENDMENT TO SUPPLEMENTAL MASTER DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS FOR PHASE 5 OF SAVANNAH, RECORDED JULY 18, 2002 AS INSTRUMENT NO. 20020598706 (COLLECTIVELY THE "SUPPLEMENTAL DECLARATION"), OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA, AND THE MAP.**

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017                                                                 Page 3                                                                 **F 4003-
2.1.AVOID.LIEN.RP.ORDER**

**PARCEL NO. 3**

**A SIDEYARD EASEMENTS AS APPLICABLE, FOR SIDEYARD PURPOSES OVER A PORTION OF THE LOT ADJOINING AND ABUTTING THE PROPERTY AS SHOWN AND DESCRIBED IN THE SUPPLEMENTAL DECLARATION, SUBJECT TO THE USE RESTRICTIONS SET FORTH IN THE SUPPLEMENTAL DECLARATION.**

**APN: 759-591-04**

4. **Secured Claim Amount**
   a. Value of Collateral: ................................................................................. $**580,000.00**
   b. Amounts of Senior Liens (reducing equity in the property to which the Subject Lien can attach):
      (1) First lien: ................................................... ($**672,564.05**)
      (2) Second lien: ............................................... ($_____)
      (3) Third lien: ................................................. ($_____)
      (4) Additional senior liens (*attach list*): ........................... ($_____)
   c. Amount of Debtor's exemption(s): ........................................ ($**1.00**)
   d. Subtotal: ................................................................................. ($**672,565.05**)
   e. Secured Claim Amount (negative results should be listed as -$0-):  ............... -$**0.00**-

   Unless otherwise ordered, any allowed claim in excess of this Secured Claim Amount is to be treated as a nonpriority unsecured claim and is to be paid pro rata with all other nonpriority unsecured claims (in Chapter 13 cases, Class 5A of the Plan).

5. **Lien avoidance:**   Debtor's request to avoid the Subject Lien is granted as follows.   The fixing of the Subject Lien impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(b).   The Subject Lien is not a judicial lien that secures a debt of a kind that is specified in 11 U.S.C. § 523(a)(5) (domestic support obligations).   The Subject Lien is void and unenforceable except to the extent of the Secured Claim Amount, if any, listed in paragraph 4.e. above.

☐ See attached page(s) for more liens/provisions.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2017*                                                                 Page  4                                                          **F 4003-
2.1.AVOID.LIEN.RP.ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**120 Vantis Dr Suite 300, Aliso Viejo, CA 92656**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 30, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Thomas H Casey (TR) (msilva@tomcaseylaw.com, thc@trustesolutions.net)
Christina J Khil on behalf of Creditor CALIBER HOME LOANS, INC. (christinao@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com)
Sabari Mukherjee on behalf of Interested Party (notices@becket-lee.com)
Valerie Smith on behalf of Interested Party (claims@recoverycorp.com)
Jeffrey Speights on behalf of Ladera Ranch Maintenance Corp. (jeffs@attorneyforhoa.com, jeffreyspeights@gmail.com)
United States Trustee (SA) (ustpregion16.sa.ecf@usdoj.gov)

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On January 30, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Collin Gibellino, 8 Snapdragon, Ladera Ranch, CA 92694

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 30, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Catherine E. Bauer, 411 West Fourth Street, Suite 5165, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 30, 2020 | Derik Lewis | /s/ Derik Lewis |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

**Ladera Ranch Maintenance Corp**
**Attn: Joe W Ribotto, CEO**
**15241 Laguna Canyon Road**
**Irvine, CA 92618**

**Ladera Ranch Maintenance Corp**
**c/o FirstService Agent Corporation**
**15241 Laguna Canyon Road**
**Irvine, CA 92618**

**Citibank (South Dakota) N.A.**
**Attn: Barbara J. Desoer, CEO**
**701 East 60th Street North**
**Sioux Falls, SD, 57104-0493**

**Alexander & Veronica Z**
**c/o County of Orange – Accounting Unit**
**P.O. Box 10260**
**Santa Ana, CA 92711**

**Felicia M**
**c/o County of Orange – Accounting Unit**
**P.O. Box 10260**
**Santa Ana, CA 92711**

**Melissa H**
**c/o County of Orange – Accounting Unit**
**P.O. Box 10260**
**Santa Ana, CA 92711**

**Shelly M**
**c/o County of Orange – Accounting Unit**
**P.O. Box 10260**
**Santa Ana, CA 92711**

**Orange County Probation Department**
**1055 N. Main Street**
**Santa Ana, CA 92701**

**County of Orange**
**Orange County Executive Office**
**Attn: Frank Kim, CEO**
**333 W Santa Ana Blvd**
**Santa Ana, CA 92701**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**